FILED
OFFICE OF THE CLERK
14 OCT 28 AM 8:48
U.S. BANKRUPTCY COURT
ALBUQUERQUE, N.M.

# UNITED STATES BANKRUPTCY

## District of New Mexico

In Re: TORRES JO P          Case 14-12702-j13

Chapter 13

MOTION TO VOLARILY DISMISS DEBTOR'S BANKRUPTCYCASE

COMES NOW TORRES JO P;

Debtor, in ger individual capacity, respectfully submitts this MOTION TO VOLANTARILY DISMISS DEBTOR'S BANKRUPTCY CASE without Prejudice.

WHEREFORE, Petioner Debtor request that the Court Dismiss this No. 14-12702-j13 without Prejudice.

Respectfully submitted this 28 day of OCT 2014

By, Jo P Tones
FOR TORRES JO P.
1021 Matthew ave nw
Albuquerque, NM 87107
505 307 3080

1

FILED
OFFICE OF THE CLERK
14 OCT 28 AM 8:48
U.S. BANKRUPTCY COURT
ALBUQUERQUE, N.M.

# UNITED STATES BANKRUPTCY

## District of New Mexico

In Re: TORRES JO P     Case 14-12702-j13

Chapter 13

MOTION TO VOLARILY DISMISS DEBTOR'S BANKRUPTCYCASE

COMES NOW TORRES JO P;

Debtor, in ger individual capacity, respectfully submitts this MOTION TO VOLANTARILY DISMISS DEBTOR'S BANKRUPTCY CASE without Prejudice.

WHEREFORE, Petioner Debtor request that the Court Dismiss this No. 14-12702-j13 without Prejudice.

Respectfully submitted this 28 day of OCT 2014

By, Jo P Torres
FOR TORRES JO P.
1021 Matthew ave nw
Albuquerque, NM 87107
505 307 3080

1